# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00634-CV

**Victoria Castillo, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 08-513-F395, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On November 2, 2009, appellant Victoria Castillo filed a notice of appeal challenging the trial court's final order terminating her parental rights to her four minor children. The order was signed June 11, 2009. In response, the Texas Department of Family and Protective Services (the "Department") filed a motion to dismiss Castillo's appeal for want of jurisdiction based on her failure to timely file her notice of appeal within twenty days of the date the trial court signed the final order. *See* Tex. R. App. P. 26.1(b) (notice of appeal must be filed within 20 days after judgment or order is signed in accelerated appeals); *see also* Tex. Fam. Code Ann. § 263.405(a) (West 2009) (appeal of final order in termination case is governed by rules of supreme court for accelerated appeals in civil cases). On November 6, 2009, Castillo filed in this Court a motion for extension of time to file her notice of appeal. Under the rules of appellate procedure, a party seeking an extension of time to file a notice of appeal must file a motion for leave in the appellate court within 15 days

of the deadline for filing the notice of appeal.  Tex. R. App. P. 26.3.  Beyond that time, we have no

authority to grant an extension.  It is undisputed that Castillo failed to comply with rule 26.3.  We

therefore grant the Department's motion and dismiss Castillo's appeal for want of jurisdiction.[1]

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   January 29, 2010

---

[1]  We further note that even if Castillo had timely sought an extension of time to file her notice of appeal, she failed to preserve any issues for our review by timely filing a statement of points with the trial court.  *See* Tex. Fam. Code Ann. § 263.405(b)(2) (West 2009).